Charles R. Messer (SBN 101094)
MesserC@cmtlaw.com
David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Stephen A. Watkins (SBN 205175)
WatkinsS@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
t: (310) 242-2200 f: (310) 242-2222

Attorneys for Defendants,
THE CMI GROUP, INC., THE CMI GROUP GP, LLC
and CREDIT MANAGEMENT, LP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BROWN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTV, LLC; THE CMI GROUP, INC., THE CMI GROUP GP, LLC and CREDIT MANAGEMENT, LP.,<br><br>Defendants. | Case No. 2:12-cv-08382-DMG-E<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE COURT-ORDERED DEADLINES** |

{LCHB_iManage_1136268_1rev.docx;1}

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendants THE CMI GROUP, INC., THE CMI GROUP GP, LLC and CREDIT MANAGEMENT, LP (collectively "CMI"), and Plaintiff JOSHUA BROWN ("Plaintiff") have agreed to settle in principle, on an individual basis, all claims brought by Plaintiff against CMI, including an agreement that CMI will pay all "reasonable attorneys' fees and costs." The parties request that the Court vacate the October 18, 2013, deadline for Plaintiff to file a motion for class certification and all future calendared dates. The parties seek to resolve the meaning of the term "reasonable attorneys' fees and costs" informally. In this regard, the parties agree to, within thirty (30) days, either file a Notice of Dismissal or report to the Court.

DATED: October 17, 2013         LEIFF CABRASER HEIMANN &
                                BERSTEIN


                                By: /s/ Daniel M. Hutchinson
                                    Daniel M. Hutchinson
                                    Attorneys for Plaintiff,
                                    JOSHUA BROWN


DATED: October 17, 2013         CARLSON & MESSER LLP


                                By: /s/ David J. Kaminski
                                    David J. Kaminski
                                    Charles R. Messer
                                    Stephen A. Watkins
                                    Attorneys for Defendants,
                                    THE CMI GROUP, INC., THE CMI
                                    GROUP GP, LLC and CREDIT
                                    MANAGEMENT, LP.

{LCHB_iManage_1136268_1rev.docx;1}

NOTICE OF SETTLEMENT
2:12-cv-08382-DMG-E

1

1136268.1